FILED
2019 Jan-11 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **SUZANNA F. GREER; THE ESTATE OF LISA EIDSON GREER,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **CASE NO:**<br>) |
| **THE CINCINNATI INSURANCE COMPANY; GUIDEONE MUTUAL INSURANCE COMPANY, et al.,** | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT PETITION FOR REMOVAL

**COMES NOW** Defendant, The Cincinnati Insurance Company ("CIC") and GuideOne Mutual Insurance Company ("GuideOne"), by and through the undersigned counsel, and hereby petition this court for removal pursuant to 28 U.S.C. §§ 1332(a), 1441, 1446(a), and 1447(b).

1. This Petition for Removal is based on diversity jurisdiction. See, 28 U.S.C §1332(a).

2. The state court lawsuit being removed is pending in the Circuit Court of Jefferson County, Alabama, Case No. CV–2018–904789 and is styled *Suzanna F. Greer and The Estate of Lisa Eidson Greer v. The Cincinnati Insurance Company; GuideOne Mutual Insurance Company, et al.* (hereafter "state court action").

3. As required by 28 U.S.C §§ 1446(a), 1447(b), and 1449, a copy of all documents contained in the state court action is attached to this Petition for Removal as **Exhibit A**.

4. The state court action was commenced when the Plaintiffs filed the original complaint in the Circuit Court of Jefferson County, Alabama on November 29, 2018 against CIC and GuideOne. (Exhibit A). In the Complaint, Plaintiffs allege that the Plaintiffs took judgments for $3,500.000.00 as to Plaintiff Suzanna Greer, and $3,00,000.00 as to Plaintiff, the Estate of Lisa Greer, against Terry Greer, in a case once pending in the Circuit Court of Jefferson County, Alabama styled CV 2015-00010 involving alleged "negligent acts" of Terry Greer. (Exhibit A, ¶ 6). Plaintiffs further allege, in pertinent part, that "[s]everal policies of insurance existed at the time which insured or should have insured Terry Greer" for the negligent acts complained in CV 2015-00010 and that "[s]ome or all of these insurance policies were provided by the insurance company in the instant case." (Exhibit A, ¶ 7).

5. Plaintiffs further allege that after making claims for coverage to Defendants for Terry Greer's "negligent acts," that the Defendants "wrongfully denied coverage and breached the contract to provide Terry Greer insurance coverage for his negligence." (Exhibit A, Complaint, ¶¶ 20, 21). Plaintiffs further allege that Terry Greer assigned any contractual rights he possessed in the coverage from policies issued by the Defendants over to Plaintiffs. (Exhibit A, ¶ 9). Plaintiffs

also assert direct action claims pursuant to Alabama Code §§ 27-23-1 and 27-23-1 against Defendants. (Exhibit A, pp. 5-6).

6. A jury demand is made in the state court action. (Exhibit A, p. 6).

7. Assuming that service of process was proper, CIC was served with a copy of the state court complaint on December 12, 201.[1]8. (Exhibit A).

8. Assuming that service of process was proper, Guideone was served with a copy of the state court complaint on December 21, 2018[2]. (Exhibit A).

9. This Notice of Removal is filed within the thirty–day time frame specified in 28 U.S.C § 1446(b) on behalf of all Defendants

10. CIC and GuideOne are the only defendants in the state court action. Fictitious defendants are disregarded in federal court as a matter of law. 28 U.S.C § 1441 (b)(1).

11. The state court plaintiff, Suzanna F. Greer, is a resident of Mobile County, Alabama. (Exhibit A, State Court Complaint, ¶ 14). The Plaintiff known as the Estate of Lisa Eidson Greer is an estate probated in the Probate Court of Jefferson County, Alabama. (See State Court Complaint ¶ 13). See, 28 USC § 1332(c)(1).

---

[1] CIC reserves the right to raise improper service of process as a defense in its initial responsive pleading to the Complaint.

[2] GuideOne reserves the right to raise improper service of process as a defense in its initial responsive pleading to the Complaint.

12. Both at the time the state court action was filed and at the time of this removal petition, the Defendant, CIC was and is an Ohio corporation registered to do business in Alabama. (Exhibit A, ¶ 15; See also Report, Certificate and Certificate of Incorporation documents, Ohio Secretary of State's office attached hereto as **Exhibit B**). In accordance with 28 U.S.C. § 1332(c)(1), CIC is a citizen of Ohio because that is where it is incorporated and where the corporation has its principal place of business.

13. Both at the time the state court action was filed and at the time of this removal petition, the Defendant, GuideOne was and is an Iowa corporation registered to do business in Alabama. (Exhibit A, ¶ 16; See also Report, Certificate and Certificate of Incorporation documents, Iowa Secretary of State's office attached hereto as **Exhibit C**). In accordance with 28 U.S.C. § 1332(c)(1), GuideOne is a citizen of Iowa because that is where it is incorporated and where the corporation has its principal place of business.

14. Complete diversity of citizenship exists under 28 U.S.C. § 1332 because the plaintiff Suzanna F. Greer is a citizen of the state of Alabama, and the Estate of Lisa Eidson Greer is an entity of the state of Alabama. The defendant, CIC is a citizen of the state of Ohio, and GuideOne is a citizen of the state of Iowa.

15. On the face of the Plaintiffs' Complaint in the state court action, the amount-in-controversy exceeds the sum of $75,000.00 exclusive of interest and costs. (See State Court Complaint ¶ 23).

16. Defendants have provided a copy of this Notice of Removal to all adverse parties and to the Clerk of the Circuit Court of Jefferson County, Alabama in accordance with 28 U.S.C. § 1446(d).

    Respectfully submitted,

    */s/ Tom Burgess*
    Tom Burgess (BUR011)

    */s/ J. Kerry Burgess*
    J. Kerry Burgess (BUR156)

    **Attorneys for Defendant**
    **The Cincinnati Insurance Company**

**OF COUNSEL:**
**BURGESS ROBERTS LLC**
2017 Morris Avenue, Suite 100
Birmingham, Alabama 35203
Tel:  (205) 870-8611
tburgess@burgessroberts.com
kburgess@burgessroberts.com

    */s/Julie Pearce*
    Julie D. Pearce (PEA032)

    **Attorney for Defendant**
    **GuideOne Mutual Insurance**
    **Company**

**OF COUNSEL:**
**GAINES GAULT HENDRIX PC**
3500 Blue Lake Drive
Suite 425
Birmingham, Alabama 35243
Tel:  (205) 980-5888
jpearce@ggh-law.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 10, 2019**,** I have electronically filed the above and foregoing with the Clerk of the Court via the Court's electronic system, Alafile.com, which will notify the following registered participants:

    James S. Roberts, Jr.
    The Jim Roberts Law Firm, LLC
    1123 Main Street
    Gardendale, AL 35071
    jimroberts@northjeffersonlawyers.com

                                                                     /s/   Tom Burgess
                                                                     OF COUNSEL