FILED
2019 Jan-11  AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
11/29/2018 2:58 PM
01-CV-2018-904789.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>01<br><br>Date of Filing:<br>11/29/2018 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### SUZANNA F. GREER ET AL v. THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

---

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
       Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☑ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
       Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM     O ☐ OTHER
                                        DISTRICT COURT

           R ☐ REMANDED            T ☐ TRANSFERRED FROM
                                        OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO     **Note:** Checking "Yes" does not constitute a demand for a
                                                 jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:**     ☐ MONETARY AWARD REQUESTED   ☑ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:**

   ROB063                      11/29/2018 2:58:57 PM              /s/ JAMES S ROBERTS JR.
   _____                _____              _____
                               Date                             Signature of Attorney/Party filing this form

---

**MEDIATION REQUESTED:**     ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☐ NO

ELECTRONICALLY FILED
11/29/2018 2:58 PM
01-CV-2018-904789.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF
## JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | | |
|---|---|---|
| SUZANNA F. GREER, an individual; and THE ESTATE OF LISA EIDSON GREER, an Estate by and through its Executrix; | ) ) ) ) | |
| | ) | |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | CV 2018 - _____ |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, an insurance entity; GUIDEONE MUTUAL INSURANCE COMPANY, an insurance entity; FICTITIOUS DEFENDANTS A, B, AND C (i.e., the true and correct names of THE CINCINNATI INSURANCE COMPANY AND GUIDEONE MUTUAL INSURANCE COMPANY); FICTITIOUS DEFENDANTS D, E, AND F (i.e., any other insurance carriers who provide coverage to Terry Lee Greer for the acts described herein); | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

## COMPLAINT

**COMES NOW,** Plaintiffs Suzanna F. Greer ("Suzanna Greer") and the Estate of Lisa Eidson

Greer ("Estate of Lisa Greer" or "Lisa Greer's Estate"), who state the following:

### I.     FACTS

1. On January 10, 2013, Terry Lee Greer ("Terry Greer"), a Methodist minister assigned as

   the Senior Pastor of the Gardendale-Mt. Vernon United Methodist Church in Gardendale,

Alabama, shot and killed his wife, Lisa Greer, and shot and seriously wounded his daughter, Suzanna Greer.

2.  The shootings occurred at the parsonage located at 5817 Country Meadow Drive, Gardendale, Alabama  35071, which is within this Court's venue.

3.  After an intense and lengthy investigation, and following the evaluations of Terry Greer's mental health by at least three mental health professionals, the Jefferson County Circuit Court (Criminal Division) acquitted Terry Greer of murder charges and related charges by reason of mental defect on May 28, 2014.  The Court then committed Terry Greer to the Taylor Hardin mental health facility in Tuscaloosa, Alabama.

4.  As a result of the judicial determination that Terry Greer committed the shootings during a period of mental defect, the shootings and all related acts were deemed to be negligent acts as a matter of law.

5.  On January 9, 2015, the Plaintiffs commenced an action against Terry Greer and other defendants for the wrongful death of Lisa Greer, and for the personal injuries committed by them on Suzanna Greer.

6.  During the discovery phase of that case, i.e., CV 2015-00010, the Circuit Court entered judgments against Terry Greer and in favor of the Plaintiffs.  Plaintiff Suzanna Greer was awarded a judgment of $3,500,000.00 and the Estate of Lisa Greer was awarded a judgment in the amount of $3,000,000.00.

7.  Several polices of insurance existed at the time which insured or should have insured Terry Greer for such negligent acts.  Some or all of these insurance policies were provided by the insurance company defendants in the instant case.

2

8. When Plaintiffs Suzanna Greer and Estate of Lisa Greer filed their lawsuit against Terry Greer, he made repeated demands on the insurance company defendants in the instant case for insurance coverage. The insurance company defendants in the instant case repeatedly denied coverage in response to Terry Greer's demands.

9. As a result of the entry of the judgments against him in favor of Plaintiffs Suzanna Greer and Estate of Lisa Greer, Terry Greer assigned to the Plaintiffs any contractual rights he possessed for coverage from the defendant insurance carriers in this case, and any rights he had against any other insurance carriers who provided coverage for his negligence.

10. The Plaintiffs also possess their own separate rights to direct action against the defendant insurance carriers.

## II.     PARTIES, JURISDICTION, AND VENUE

11. Jurisdiction is proper before this Court because the amount in controversy exceeds the Court's minimum jurisdictional amount.

12. Venue is also proper before this Court because the events leading to the death of Lisa Greer and the serious injuries to Suzanna Greer all occurred in Jefferson County, Alabama.

13. Plaintiff Estate of Lisa Eidson Greer is an estate probated in the Probate Court of Jefferson County, Alabama.

14. Plaintiff Suzanna Greer is currently a resident of Mobile County.

15. Defendant Cincinnati Insurance Company ("Cincinnati Insurance") is an insurance entity with its principal place of business in Fairfield, Ohio.

16. Defendant GuideOne Mutual Insurance Company ("GuideOne Insurance") is an insurance entity with its principal place of business in West Des Moines, Iowa.

3

17. Fictitious Defendants A, B, and C are the true and correct names of either of the insurance company defendants in the instant case, i.e., Defendant Cincinnati Insurance and Defendant GuideOne Insurance.

18. Fictitious Defendants D, E, and F are the true and correct names of any other insurance carriers who provide insurance coverage for Terry Greer, the identities of which are currently unknown to the Plaintiffs.

## COUNT ONE:  BREACH OF CONTRACT BY
## THE INSURANCE COMPANY DEFENDANTS

19. Plaintiffs incorporate all of the above paragraphs in this Count as though fully stated herein.

20. Terry Greer made claims for coverage for his negligent acts to the insurance carrier defendants in the instant case.

21. The insurance carrier defendants wrongfully denied coverage and breached the contract to provide Terry Greer insurance coverage for his negligence.

22. Terry Greer assigned his contractual rights of action against the defendant insurance carriers to the Plaintiffs.

23. The Plaintiffs took a judgment against Terry Greer, and now assert their rights against the insurance company defendants as a result of the assignment to the Plaintiffs of Terry Greer's contractual rights against the insurance company defendants.

**WHEREAS, PREMISES CONSIDERED,** Plaintiffs Suzanna Greer and Estate of Lisa Eidson Greer request that the Court enter a judgment against Defendants Cincinnati Insurance and GuideOne Insurance in the amounts of $3,500,000.00 for Suzanna Greer and $3,000,000.00 for Estate of Lisa Eidson Greer, or the full amount of all policies of insurance written by the co-

4

defendant insurance companies with coverage for Terry Greer if such insurance policies are less than the requested amounts, and any other amounts that the Jury or the Court shall award.

## COUNT TWO:  DIRECT ACTION CLAIM PURSUANT TO
## ALABAMA CODE §27-23-2

1. Plaintiffs incorporate all of the above paragraphs in this Count as though fully stated herein.

2. The Plaintiffs possess a right of direct action against the insurance company defendants pursuant to Ala. Code §27-23-2 (1975).

3. The Plaintiffs have accomplished all conditions precedent to assert their claims pursuant to this statute.

**WHEREAS, PREMISES CONSIDERED,** Plaintiffs Suzanna Greer and Estate of Lisa Eidson Greer request that the Court enter a judgment against Defendants Cincinnati Insurance and GuideOne Insurance in the amounts of $3,500,000.00 for Suzanna Greer and $3,000,000.00 for Estate of Lisa Eidson Greer, or the full amount of all policies of insurance written by the co-defendant insurance companies with coverage for Terry Greer if such insurance policies are less than the requested amounts, and any other amounts that the Jury or the Court shall award.

## COUNT THREE:  DIRECT ACTION CLAIM PURSUANT TO
## ALABAMA CODE §27-23-1

1. Plaintiffs incorporate all of the above paragraphs in this Count as though fully stated herein.

2. Under the facts of the instant case, the Plaintiffs also possess a separate right of direct action against the insurance company defendants pursuant to Ala. Code §27-23-1 (1975).

5

3. The Plaintiffs have accomplished all conditions precedent to assert their claims pursuant to this statute.

**WHEREAS, PREMISES CONSIDERED,** Plaintiffs Suzanna Greer and Estate of Lisa Eidson Greer request that the Court enter a judgment against Defendants Cincinnati Insurance and GuideOne Insurance in the amounts of $3,500,000.00 for Suzanna Greer and $3,000,000.00 for Estate of Lisa Eidson Greer, or the full amount of all policies of insurance written by the co-defendant insurance companies with coverage for Terry Greer if such insurance policies are less than the requested amounts, and any other amounts that the Jury or the Court shall award.

### PLAINTIFFS DEMAND A TRIAL BY A STRUCK JURY

Respectfully submitted,

s/James S. Roberts, Jr.
James S. Roberts, Jr.
Attorney for Plaintiffs

**OF COUNSEL:**

The Jim Roberts Law Firm, LLC
1123 Main Street
PO Box 639
Gardendale, Alabama  35071
205-285-8290
jimroberts@northjeffersonlawyers.com

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

The Cincinnati Insurance Company
c/o Mr. Steven J. Johnston, President and CEO
6200 South Gilmore Road
Fairfield, OH  45014-5141

6

GuideOne Mutual Insurance Company
c/o Ms. Jessica B. Clark, President, CEO and Director
1111 Ashworth Road
West Des Moines, Iowa  50265-3538


**PLEASE SERVE THE ENCLOSED DISCOVERY WITH THE COMPLAINT**

**IN THE CIRCUIT COURT OF**
**JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| SUZANNA F. GREER, an individual; | ) | |
| and THE ESTATE OF LISA EIDSON | ) | |
| GREER, an Estate by and through its | ) | |
| Executrix; | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| v. | ) | CV 2018 - _____ |
| | ) | |
| THE CINCINNATI INSURANCE | ) | |
| COMPANY, an insurance entity; | ) | |
| GUIDEONE MUTUAL INSURANCE | ) | |
| COMPANY, an insurance entity; | ) | |
| FICTITIOUS DEFENDANTS A, B, AND | ) | |
| C (i.e., the true and correct names of | ) | |
| THE CINCINNATI INSURANCE | ) | |
| COMPANY AND GUIDEONE | ) | |
| MUTUAL INSURANCE COMPANY); | ) | |
| FICTITIOUS DEFENDANTS D, E, AND | ) | |
| F (i.e., any other insurance carriers who | ) | |
| provide coverage to Terry Lee Greer for | ) | |
| the acts described herein); | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

**PLAINTIFS' FIRST SET OF CONSOLIDATED DISCOVERY**
**TO DEFENDANTS CINCINNATI INSURANCE COMPANY**
**AND GUIDEONE MUTUAL INSURANCE COMPANY**

---

## DEFINITIONS AND INSTRUCTIONS

1.      The term "document", whether singular or plural, means any written, printed,

typed, recorded, or other graphic material of any kind or character in the possession, custody or

control of the defendant including without limitation, correspondence (signed or unsigned),

reports, handwritings, printed materials, notes, memoranda (internal and external), interoffice

1

and interdepartmental communications, invoices, receipts, contracts, agreements, telegrams,
cancelled checks, advertisements, minutes, transcripts, books, pamphlets, periodicals, articles,
press clippings, resolutions, opinions, reports, studies, analyses, evaluations, records, drawings,
graphs, charts, and photographs (whether prints, negatives or slides); as well as any electronic,
mechanical, or electric records of any kind, including but not limited to computer software,
computer programs, sound recordings (including taped conversations), or transcripts thereof,
videotapes, data processing materials, computer tapes, computer runs or printouts and any codes
necessary, and any codes necessary to comprehend such runs or printouts, cassettes, disks,
magnetic tapes, hard drives, microfiche, microfilm and punch cards.  The term "document"
includes any draft or a document, whether by reason of additional handwritten inscription or
otherwise.  The term "document" includes copies where the original is unavailable.

  2.  The term "document" is employed in its most comprehensive sense.  The word
"or" shall be construed either conjunctively or disjunctively, or both conjunctively and
disjunctively, so as to make the greatest number of documents responsive to any request.

  3.  The term "identify" when used with respect to records or documents, shall mean
to describe with specificity the name, date, author, addressee, copies and present (or if not
presently known, the last known) whereabouts of each such record or document.

  4.  The word "identify" when used with respect to a person, means to provide
information sufficient to notice the deposition of such person and to serve such person with
process, requiring attendance at a place of examination, and shall include, without limitation,
such person's full name, present or last known business and residence address, last date when
each such address was known or believed to be corrected, and such person's present or last
known business affiliation, title or occupation and telephone numbers.

2

5.    Where, in the answers of defendant(s), facts set forth in the answers or portions thereof are supplied upon in formation and belief, rather that upon the knowledge of the defendant(s), the defendant(s) should so state and describe the source(s) of such information and belief.  Should defendant(s) be unable to answer any interrogatory or any portion thereof by either actual knowledge or by information and belief, defendant(s) should so state in detail the additional efforts to obtain such knowledge so that said defendant could answer said interrogatories or portions thereof.

6.    The word "defendant" or "defendants" shall include any and all defendants, jointly and severally, and the words "you" and "your(s)" shall mean the defendant and its attorneys, and any other person(s) acting or purporting to act on behalf of said named defendant with respect to any matter related to the present lawsuit, unless otherwise indicated.

7.    If you object to furnishing documents or information on the basis of attorney-client privilege or any other basis, please specify as follows:  a) for documents, please identify the document by the date it bears, or if none, the date it was written, by the name and address of each person who wrote it or participated in the writing of it; by the name and address of each person to whom it was addressed and each person to whom a copy was identified as being directed; by the name and address of each person who received a copy of the document; by description of the document, as for instance, a letter or memorandum;  by its present location or custodian; or if unknown, it last known location or custodian;  and by the present location and custodian of each copy, or, if unknown, its last known location or custodian of each copy; b) for information, please identify the person the information came from, specify as much as possible without waiving any privilege if it exists, and specify the basis of your objection against providing such information.

3

8.     If any document requested was in defendant's possession and control, but is no longer in defendant's possession or subject to defendant's control, state what disposition was made of it, the reason for such disposition and the date thereof.

9.     In producing documents and things pursuant to this request, furnish all documents or things known available to you, regardless of whether such documents or things are possessed directly by you or your agents, employees, representatives, or investigators, or by your attorneys, their agents, employees, representatives or investigators.

10     Unless otherwise specified, the relevant time frame is 2010 to the present. Defendants may limit responses accordingly.

11.    The references below to the Reverend Terry Greer are meant to include his attorneys, agents, or others acting on his behalf.

11.    These requests area deemed continuing.  Plaintiff requests that Defendants supplement all responses as relevant information is made available or is discovered.

## INTERROGATORIES

1.  Please identify the person who is responding on behalf of the Defendant to these interrogatories.  If more than one person is responding to these interrogatories, please identify each such person, and specify which interrogatories or portions of interrogatories that person responded to.

2.  Has the Defendant been properly served?  If not, please specify what you consider the defect in the service to be.

4

3. Did the Defendant write a policy or policies of liability insurance for either the North Alabama Conference of the United Methodist Church, or for the Gardendale-Mt. Vernon United Methodist Church with coverage effective dates during 2012 and 2013?

   a. If the response to Interrogatory No. 3 is yes or in the affirmative, did the policy or policies of insurance provide coverage for the negligent acts and/or omissions of the Senior Pastor at the Gardendale-Mt. Vernon United Methodist Church?

   b. If the response to Interrogatory No. 3 is no or in the negative, please explain in detail why you responded that way.

4. Did the Defendant write a policy or policies of liability insurance for either the North Alabama Conference of the United Methodist Church, or for the Gardendale-Mt. Vernon United Methodist Church that would or should have covered the act of the Reverend Terry Greer shooting his wife and daughter, which occurred on January 10, 2013?

   a. If the response to Interrogatory No. 4 is no or in the negative, please explain in detail why you responded that way.

5. Did the Reverend Terry Greer make demands for coverage from the Defendants' liability insurance policies at any time after January 10, 2013?

   a. If the response to Interrogatory No. 5 is yes or in the affirmative, please explain in detail each and every reason why the Defendant denied coverage.

## **REQUESTS FOR PRODUCTION**

1. Please produce all documents, including but not limited to the entire contents of the claims file, related to any claim for coverage made by the Reverend Terry Greer and the shooting of his wife and daughter which occurred on January 10, 2013.

5

2. Please produce all correspondence of any kind between the Reverend Terry Greer and the Defendant from 2012 to the present, including but not limited to emails, text messages, and traditional letters.

Respectfully submitted,

s/James S. Roberts, Jr.
James S. Roberts, Jr.
Attorney for Plaintiffs

**OF COUNSEL:**

The Jim Roberts Law Firm, LLC
1123 Main Street
PO Box 639
Gardendale, Alabama  35071
205-285-8290
jimroberts@northjeffersonlawyers.com

**PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

The Cincinnati Insurance Company
c/o Mr. Steven J. Johnston, President and CEO
6200 South Gilmore Road
Fairfield, OH  45014-5141

GuideOne Mutual Insurance Company
c/o Ms. Jessica B. Clark, President, CEO and Director
1111 Ashworth Road
West Des Moines, Iowa  50265-3538

**PLEASE SERVE THIS DISCOVERY WITH THE COMPLAINT**



AlaFile E-Notice

01-CV-2018-904789.00

To:  JAMES S ROBERTS JR.
     jimroberts@northjeffersonlawyers.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE
01-CV-2018-904789.00

The following complaint was FILED on 11/29/2018 2:59:34 PM

Notice Date:     11/29/2018 2:59:34 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-904789.00

To:   THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN
      JOHNSON, PRESIDENT & CEO
      6200 SOUTH GILMORE ROAD
      FAIRFIELD, OH, 45014

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE
01-CV-2018-904789.00

The following complaint was FILED on 11/29/2018 2:59:34 PM

Notice Date:      11/29/2018 2:59:34 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-904789.00

To: GUIDEONE MUTUAL INSURANCE COMPANY C/O MS. JESSICA
B. CLARK, PRESIDENT & CEO
1111 ASHWORTH ROAD
WEST DES MOINES, IA, 50265

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE
01-CV-2018-904789.00

The following complaint was FILED on 11/29/2018 2:59:34 PM

Notice Date:      11/29/2018 2:59:34 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>01-CV-2018-904789.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE

**NOTICE TO:** THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN, JOHNSON, PRESIDENT & CEO 6200 SOUTH GILMORE ROAD, FAIRFIELD, OH 45014

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES S ROBERTS JR.
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO Box 639, GARDENDALE, AL 35071
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SUZANNA F. GREER
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/29/2018 2:59:34 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ JAMES S ROBERTS JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____   _____   _____
*(Type of Process Server)*       *(Server's Signature)*             *(Address of Server)*

_____   _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2018-904789.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE

**NOTICE TO:** GUIDEONE MUTUAL INSURANCE COMPANY C/O MS. JESSICA, B. CLARK, PRESIDENT & CEO 1111 ASHWORTH ROAD, WEST DES MOINES, IA 50265

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES S ROBERTS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO Box 639, GARDENDALE, AL 35071

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SUZANNA F. GREER pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/29/2018 2:59:34 PM | /s/ ANNE-MARIE ADAMS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JAMES S ROBERTS JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE

01-CV-2018-904789.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $15.66

Parties to be served by Certified Mail - Return Receipt Requested

THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN            Postage: $7.83
JOHNSON, PRESIDENT & CEO
6200 SOUTH GILMORE ROAD
FAIRFIELD, OH 45014

GUIDEONE MUTUAL INSURANCE COMPANY C/O MS. JESSICA            Postage: $7.83
B. CLARK, PRESIDENT & CEO
1111 ASHWORTH ROAD
WEST DES MOINES, IA 50265

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7018 2290 0000 5737 8476

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN
JOHNSON, PRESIDENT & CEO
6200 SOUTH GILMORE ROAD
FAIRFIELD, OH 45014

9590 9402 4424 8248 9008 25

2. Article Number *(Transfer from service label)*
7018 2290 0000 5737 8476

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

7018 2290 0000 5737 8469

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GUIDEONE MUTUAL INSURANCE COMPANY C/O MS. JESSICA
B. CLARK, PRESIDENT & CEO
1111 ASHWORTH ROAD
WEST DES MOINES, IA 50265

|||||| 9590 9402 4424 8248 9008 18 ||||||

2. Article Number *(Transfer from service label)*

7018 2290 0000 5737 8469

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

02

CWKC904789 S/C

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN
JOHNSON, PRESIDENT & CEO
6200 SOUTH GILMORE ROAD
FAIRFIELD, OH 45014

9590 9402 4424 8248 9008 25

2. Article Number (Transfer from service label)

7018 2290 0000 5737 8476

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 4424 8248 9008 25

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

DEC 17 2018

ANNE-MARIE ADAMS
CLERK



AlaFile E-Notice

01-CV-2018-904789.00

Judge: JAVAN J. PATTON

To:  ROBERTS JAMES STANLEY JR.
     jimroberts@northjeffersonlawyers.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE
01-CV-2018-904789.00

The following matter was served on 12/12/2018

**D001 THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN**

**Corresponding To**

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2018-904789.00

Judge: JAVAN J. PATTON

To:  ROBERTS JAMES STANLEY JR.
jimroberts@northjeffersonlawyers.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE
01-CV-2018-904789.00

The following matter was served on 12/12/2018

D001 THE CINCINNATI INSURANCE COMPANY C/O MR. STEPHEN

Corresponding To

CERTIFIED MAIL

S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2018-904789.00

Judge: JAVAN J. PATTON

To: ROBERTS JAMES STANLEY JR.
jimroberts@northjeffersonlawyers.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SUZANNA F. GREER ET AL V. THE CINCINNATI INSURANCE COMPANY C/O MR. STE
01-CV-2018-904789.00

The following matter was served on 12/21/2018

D002 GUIDEONE MUTUAL INSURANCE COMPANY C/O MS. JESSICA
Corresponding To
CERTIFIED MAIL
S/C

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov