FILED

2019 Jan-11  AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# JON HUSTED
## Ohio Secretary of State

Thu Jan 10 2019

| | |
|---|---|
| **Entity#:** | 219407 |
| **Filing Type:** | CORPORATION FOR PROFIT |
| **Original Filing Date:** | 08/02/1950 |
| **Location:** | FAIRFIELD |
| **Business Name:** | THE CINCINNATI INSURANCE COMPANY |

| | |
|---|---|
| **Status:** | Active |
| **Exp. Date:** | - |

# Agent/Registrant Information

STEVE CORBLY
P.O. BOX 145496
CINCINNATI OH 452505496
01/25/2018
Active

# Incorporator Information

JOHN J SCHIFF JR
ROBERT C SCHIFF
V H BECKMAN JR

# Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| DOMESTIC ARTICLES/FOR PROFIT | 08/02/1950 | C214_0854 |
| DOMESTIC/AMENDMENT TO ARTICLES | 03/10/1953 | C214_0860 |
| DOMESTIC/AMENDMENT TO ARTICLES | 08/15/1955 | C214_0863 |
| DOMESTIC/AMENDMENT TO ARTICLES | 03/29/1957 | C214_0866 |
| DOMESTIC/AMENDMENT TO ARTICLES | 03/19/1959 | B092_0470 |



Thu Jan 10 2019

| DOMESTIC/AMENDMENT TO ARTICLES | 03/13/1962 | B252_0436 |
| DOMESTIC/AMENDMENT TO ARTICLES | 08/01/1966 | B467_0851 |
| DOMESTIC/AMENDMENT TO ARTICLES | 11/03/1966 | B479_1094 |
| DOMESTIC/AMENDMENT TO ARTICLES | 03/29/1968 | B550_1056 |
| DOMESTIC/AMENDMENT TO ARTICLES | 05/02/1973 | B878_0106 |
| DOMESTIC/AMENDMENT TO ARTICLES | 04/01/1986 | F865_0137 |
| DOMESTIC AGENT ADDRESS CHANGE | 04/24/1986 | F880_0904 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 04/30/1987 | G150_1075 |
| DOMESTIC CONTINUED EXISTENCE LETTER | 09/09/1993 | 000000070266 |
| DOMESTIC CONTINUED EXISTENCE | 12/08/1993 | 000000070267 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 03/16/1999 | 199909900164 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 11/08/2002 | 200231202196 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 10/21/2013 | 201329601573 |
| TRADE NAME/ORIGINAL FILING | 05/06/2014 | 201412601653 |
| TRADE NAME/CANCELLATION | 07/23/2015 | 201520401864 |
| DOMESTIC AGENT SUBSEQUENT APPOINTMENT | 01/25/2018 | 201803003580 |

**UNITED STATES OF AMERICA**
**STATE OF OHIO**
**OFFICE OF SECRETARY OF STATE**

*I, Jon Husted, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th of January, A.D. 2019*

**Ohio Secretary of State**

*Jon Husted*

# C 214    853

Page ........    Line ........

Number ........

ARTICLES OF INCORPORATION

........................................

........................................

........................................

Filed in the office of the Secretary of State

at Columbus, Ohio on the ........

of ................ A. D. 19__

and recorded in Volume ........ page ........

of the Records of Incorporations

........................................

C 214   854

219407

## ARTICLES OF INCORPORATION

VOL 596 PAGE 675

K6W
DATE 8-2-50
300 00

## THE CINCINNATI INSURANCE COMPANY

The undersigned, a majority of whom are citizens of the United States, desiring to form a corporation for profit under the General Corporation Act of Ohio, do hereby certify:

FIRST:    The name of said corporation shall be:

### THE CINCINNATI INSURANCE COMPANY

SECOND:    The place in Ohio where its principal office is to be located is CINCINNATI, HAMILTON COUNTY.

THIRD:    The purpose or purposes for which it is formed are:

To insure houses, buildings, and all other kinds of property in and out of the State of Ohio, against loss or damage by fire, lightning and tornado;

To insure against loss or damage by water caused by breakage or leakage of sprinklers, pumps, tanks, water pipes and fixtures connected therewith, and by lightning, explosions from gas, dynamite, gunpowder, and other like explosions and tornadoes; and may also insure against loss by the theft of automobiles and accessories and against damage thereto from this cause; to insure against all direct or indirect or consequential loss or damage to dwelling houses, stores and all kinds of buildings and household furniture, and all other property and interest therein, and including loss by fire, lightning, windstorm, tornado, cyclone, hail, tempest, flood, earthquake, frost and snow, weather or climatic conditions, including excess or deficiency of moisture, rain or drought, rising of the waters of the ocean or its tributaries, bombardment, invasion, insurrection, riot, civil war or commotion, military or usurped power, explosion, fire ensuing, and explosion, no fire ensuing, except explosion by steam boiler or flywheels; to insure against loss or damage by water or other fluid to any goods or premises arising from or caused by the breakage or leakage of sprinklers, pumps or other apparatus, water pipes, plumbing, or their fixtures, or of other conduits or containers or by water entering through leaks or openings in buildings, and against accidental injury to such sprinklers, pumps, other apparatus, water pipes, plumbing or fixtures, conduits, or containers; to insure automobiles, and aeroplanes, seaplanes, dirigibles or other air craft or interest therein, whether stationary or operated under their own power; to insure against loss or damage by any of the causes or risks hereinbefore specified, including also transportation, collision,

VOL 596 PAGE 676   C 214   855

explosion or any peril or hazard resulting from the
ownership, maintenance or use of automobile or motor
verhicles, airplanes, seaplanes, dirigibles, or
other aircraft, including burglary and theft, van-
dalism, malicious mischief, the wrongful conversion,
disposal or concealment thereof, and the accesso-
ries thereto, whether held under conditional sale
contract or subject to chattel mortgage, and to
effect reinsurance of any risk taken, but not in-
cluding loss or damage by risk of bodily injury to
the person;

To insure against loss or damage to property, houses,
buildings and all other kinds of property and
against loss of use and occupancy thereof by fire,
lightning, hail, tempest, windstorm, tornado, cyclone,
flood, earthquake, frost or snow, invasion, insur-
rection, riot, civil war, military or usurped power,
explosion, fire ensuing, and explosion, no fire en-
suing, except explosion by steam boiler or flywheel;

To insure against any and all kinds of loss or damage
to vessels, boats, craft, aircraft, cars, automobiles
and vehicles of every kind, cargoes, goods, merchan-
dise, freight, and other property and any interest
therein by all or any of the risks of inland naviga-
tion and transportation, as well as merchandise,
effects, disbursements, profits, money, bullion,
precious stones, jewels, jewelry, gold, silver and
other precious metals whether used in business or
trade, or otherwise, and whether same be in course
of transportation or otherwise, and all kinds of
property and interests therein, in respect to, apper-
taining to, or in connection with any and all risks
or perils of inland navigation, transit or transpor-
tation, including war risks, on lakes, rivers,
canals, on land or in the air (except ocean or sea
marine) or while being assembled, packed, crated,
bailed, pressed or similarly prepared for shipment,
or while awaiting the same, or during any delay,
storage, trans-shipment or re-checking incident
thereto, including all personal property floater
risks; and to insure against any and all kinds of
loss or damage to property in connection with or
appertaining to inland marine transit or transporta-
tion insurance, including liability for loss of or
damage arising out of, or in connection with the
construction, repair, operation, maintenance or use
of the subject matter of such insurance (but not in-
cluding surety bonds or insurance against loss by
reason of bodily injury to the person);

To re-insure all risks undertaken by the Company as
may be permitted by the laws of the State of Ohio;

To borrow or raise moneys for the business of the
corporation and any and all of its purposes and
objects upon such terms and conditions as the Board
of Directors may determine and the law permits.

VOL **596** PAGE 677

**FOURTH:** The maximum number of shares which the corporation is authorized to have outstanding is 5000 shares of the par value of Twenty Dollars ($20.00) per share.

**FIFTH:** The amount of capital with which the corporation will begin business is ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

IN WITNESS WHEREOF, we have hereunto subscribed our names this 22nd day of July, 1950.

*John J. Schiff Jr.*

*Robert C. Schiff*

*Vincent H. Beckman Jr.*

STATE OF OHIO :
                      : SS:
COUNTY OF HAMILTON: //

Personally appeared before me, the undersigned, a Notary Public in and for said County, this 22 day of July, 1950, the above-named John J. Schiff, Jr., Robert C. Schiff, and Vincent H. Beckman, Jr., who each severally acknowledged the signing of the foregoing Articles of Incorporation to be his free act and deed for the uses and purposes therein mentioned.

WITNESS my hand and official seal on the day and year last aforesaid.

*Paul C Beckman*
Notary Public in and for
Hamilton County, Ohio.

Approved:

*Herbert Duffy*
ATTORNEY-GENERAL

C 214     857

<u>ORIGINAL APPOINTMENT OF AGENT</u>

(Section 8623-129, G.C.O.)

KNOW ALL MEN BY THESE PRESENTS, That Vincent H. Beckman, Jr., of 1714 First National Bank Building, Cincinnati, Hamilton County, Ohio, is a natural person and resident of said county, being the county in which the principal office of THE CINCINNATI INSURANCE COMPANY is located, is hereby appointed as the person on whom process, tax notices and demands against said THE CINCINNATI INSURANCE COMPANY may be served.

THE CINCINNATI INSURANCE COMPANY

(Incorporators)

Cincinnati, Ohio

July 22, 1950.

The Cincinnati Insurance Company,
Cincinnati,
Ohio

Gentlemen:

I hereby accept the appointment as the representative of your Company upon whom process, tax notices, or demands may be served.

Vincent H. Beckman, Jr.

STATE OF OHIO    : SS:
COUNTY OF HAMILTON:

Personally appeared before me, the undersigned, a Notary Public in and for said County, this 22 day of _____, 1950, the above named Vincent H. Beckman, Jr., who acknowledged the signing of the foregoing to be his free act and deed for the uses and purposes therein mentioned.

WITNESS my hand and official seal on the day and year last aforesaid.

Notary Public in and for Hamilton
County, Ohio

## C214    858

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF OHIO
### COLUMBUS 15

HERBERT S. DUFFY
ATTORNEY GENERAL

JOSEPH P. KINNEARY
FIRST ASST. ATTORNEY GENERAL

WILLIAM C. BRYANT
CHIEF COUNSEL

ASSISTANT ATTORNEYS GENERAL:
JOSEPH L. ABRAMS
WILLIAM H. ANNAT
WM. A. ASHBROOK, JR.
ROBERT W. BEREER
HUGH P. BRENNAN
MERRILL L. BROTHERS
DIANA B. CRANIG
JAMES R. DOOLEY
JOSEPH J. FORD
GEORGE N. GATFORD
ROBERT N. HALTERMAN
WALTER R. HILL
GEORGE S. HINDE
TIMOTHY S. HOGAN
THOMAS C. FLANIGAN, JR.
CHARLES V. KAVA
SAMUEL D. KATZ
JOSEPH D. KERNS
MARCUS A. McDONALD
NELSON LANCIONE
DONALD B. LEACH
ROBERT W. LEVERING
CHANCEA A. LINCH
GEORGE LUCTZER
KENNETH R. JOHNSTON
S. VINCENT MARCO
DENNIS J. McGUIRE
CREIGHTON E. MILLER
PAUL A. MILLER
JOHN F. NOLAN
ROBERT A. O'NEIL
ROBERT N. McCRYSTAL
JOHN A. PIERCE, JR.
RUFUS L. THOMPSON
ALBERT C. SCHWARZWAELDER
FRANK WILKE
JAMES B. YAW
ROBERT E. YOUNGER

AUG – 2 1950

OPINION NO. 2114

Hon. Charles F. Sweeney
Secretary of State
Columbus 15, Ohio

Dear Mr. Sweeney:

In accordance with the request contained in your letter
of July 25, 1950, I have examined the articles of incorpora-
tion of the Cincinnati Insurance Company, and have found them
not inconsistent with the Constitution and laws of Ohio and
of the United States.

I have endorsed my approval thereon and am returning them
herewith.

Respectfully,

*Herbert Duffy*

Attorney General.

RECEIVED
AUG 2 – 1950
CHARLES F. SWEENEY