FILED
2019 Jan-31  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| SUZANNA F. GREER; THE ESTATE OF LISA EIDSON GREER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO: 2:19-cv-00060-TMP<br>) |
| THE CINCINNATI INSURANCE COMPANY; GUIDEONE MUTUAL INSURANCE COMPANY, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANT GUIDEONE MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and this Court's General Order, Case No.: 00-3047, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for GuideOne Mutual Insurance Company in the above-captioned action certifies that the general nature and purpose of the foregoing entity is to provide insurance and indemnity services.

GuideOne Mutual Insurance Company is headquartered and has its principal place of business in West Des Moines, Iowa.  By its structure, GuideOne has no stockholders.

1

Respectfully submitted,

/s/ Julie D. Pearce
Julie D. Pearce (asb-9946-c35j)
Attorney for Defendant
GuideOne Mutual Insurance Company

**OF COUNSEL:**

GAINES GAULT HENDRIX, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama 35243
Telephone: 205-980-5888
Facsimile: 205-980-1098
jpearce@ggh-law.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing has been served electronically upon the following counsel of record who are Pacer registrant(s) and on all other counsel of record or pro se parties by, placing the same in the U.S. Mail, first class postage pre-paid and properly addressed as follows, on this the 31st day of January, 2019.

James S. Roberts, Jr.
The Jim Robert Law Firm, LLC
1123 Main Street
Gardendale, Alabama 35071

Tom Burgess
J. Kerry Burgess
BURGESS ROBERTS LLC
2017 Morris Avenue, Suite 100
Birmingham, Alabama 35203

/s/ Julie D. Pearce
OF COUNSEL

2