FILED
2019 Mar-06  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **SUZANNA F. GREER; THE ESTATE OF LISA EIDSON GREER,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | **CASE NO: 2:19–cv–00060** |
| **THE CINCINNATI INSURANCE COMPANY; GUIDEONE MUTUAL INSURANCE COMPANY, et al.,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## DEFENDANT THE CINCINNATI INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable the District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for The Cincinnati Insurance Company in the above-captioned action certifies that the general nature and purpose of the foregoing entity is insurance.

Counsel also certifies that the following are parents, subsidiaries, and/or affiliates of said party that have issued shares of debt securities to the public: Cincinnati Financial Corporation (CINF) sold on the Nasdaq Global Select Market.

Dated this 6th day of March 2019.

        Respectfully submitted,

        */s/ Tom Burgess*
        Tom Burgess (BUR011)

        */s/ J. Kerry Burgess*
        J. Kerry Burgess (BUR156)

        **Attorneys for Defendant The Cincinnati Insurance Company**

**OF COUNSEL:**
**BURGESS ROBERTS LLC**
2017 Morris Avenue, Suite 100
Birmingham, Alabama 35203
Tel:   (205) 870-8611
tburgess@burgessroberts.com
kburgess@burgessroberts.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2019**,** I have electronically filed the above and foregoing with the Clerk of the Court via the Court's electronic system, PACER, which will notify the following registered participants:

| For Plaintiff: | For GuideOne Mutual Insurance Company: |
|---|---|
| James S. Roberts, Jr. | Julie D. Pearce |
| THE JIM ROBERTS LAW FIRM, LLC | GAINES GAULT HENDRIX PC |
| 1123 Main Street | 3500 Blue Lake Drive, Suite 425 |
| Gardendale, AL 35071 | Birmingham, AL 35243 |
| jimroberts@northjeffersonlawyers.com | jpearce@ggh-law.com |

        */s/  J. Kerry Burgess*
        OF COUNSEL