IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUZANNA F. GREER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: 2:19-cv-60 GMB |
| ) | |
| THE CINCINNATI INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**STIPLULATION TO CONTINUE EXPERT WITNESS DEADLINES**

COME NOW all parties, i.e., Plaintiffs Suzanna F. Greer and Estate of Lisa Greer, and Defendants The Cincinnati Insurance Company, and GuideOne Insurance Company, who submit to the Court their Stipulation to Continue Expert Witness Deadlines, and who state as follows:

1. This matter is currently scheduled for trial on or after October 12, 2020.

2. Pursuant to this Court's Scheduling Order entered April 25, 2019, the deadlines for the disclosure of expert witnesses are set as November 1, 2019 for the Plaintiffs and January 9, 2020 for the Defendants.

3. Discovery cut off is set for April 30, 2020.

4. The dispositive motion deadline is set for June 3, 2020.

5. The Parties have exchanged paper discovery, and are in the process of taking depositions of the parties and other witnesses.

6. The Plaintiff and the Defendant have agreed that it would be in the best interests of all involved for the expert witness deadlines to occur later than presently set.

4. The parties recommend to the Court that expert disclosure deadlines be set as follows:

From Plaintiffs: by 2/1/2020

From Defendants: by 3/1/2020

Any rebuttal experts by Plaintiffs: by 4/1/2020.

**WHEREAS, PREMISES CONSIDERED**, Plaintiffs Suzanna F. Greer and Estate of Lisa Greer, and Defendants The Cincinnati Insurance Company and GuideOne Insurance Company stipulate that the expert witness disclosure deadlines be reset for 2/1/2020 for the Plaintiffs, 3/1/2020 for the Defendants, and 4/1/2020 for any rebuttal experts for the Plaintiffs.

Respectfully submitted and filed, this 16th day of October, 2020.

Respectfully submitted,

s/James S. Roberts, Jr.
James S. Roberts, Jr.  (ASB 8991-R81J)
Attorney for Plaintiffs

OF COUNSEL:

The Jim Roberts Law Firm, LLC
1123 Main Street
PO Box 639
Gardendale, Alabama  35071
205-285-8290
jimroberts@northjeffersonlawyers.com

s/Julie D. Pearce
Julie D. Pearce, Esq.  (asb-9946-c35j)
Attorney for Defendant GuideOne Insurance Company

<u>OF COUNSEL</u>:

Gaines Gault Hendrix, PC
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama  35243
205-980-5888
jpearce@ggh-law.com

                                                <u>s/J. Kerry Burgess</u>
                                                Tom Burgess, Esq.  (BUR011)
                                                J. Kerry Burgess, Esq. (BUR156)
                                                Attorneys for Defendant Cincinnati
                                                Insurance Company

<u>OF COUNSEL</u>:

Burgess Roberts LLC
2017 Morris Avenue, Suite 100
Birmingham, Alabama  35203
205-870-8611
tburgess@burgessroberts.com
kburgess@burgessroberts.com